# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

May 24, 2011

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

      Re:  Jeffrey L. G. Johnson
           v. Barack H. Obama, President of the United States, et al.
           No. 10-10652
           (Your No. 11-1088; 10-3741)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on May 23, 2011 and placed on the docket May 24, 2011 as No. 10-10652.

                    Sincerely,

                    **William K. Suter**, Clerk

                    by

                    Gail Johnson
                    Case Analyst